IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Wanda M. Jackson, | Case No. 05-22478 |
| Debtor(s). | Honorable Susan Pierson Sonderby |

### RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT

NOW COMES JP Morgan Chase Bank, National Association, as servicer for Countrywide Home Loans, Inc., by and through its attorneys, Heavner, Scott, Beyers and Mihlar, LLC, and for its Response to Trustee's Notice of Payment of Final Mortgage Cure Amount, states as follows:

1. On or about July 8, 2005, Countrywide Home Loans, Inc. filed its Proof of Claim as Claim Number 2-1 for a sum of $17,210.81 in pre-petition arrears.

2. The Debtor's Amended Chapter 13 Plan filed on July 15, 2005 and confirmed on July 21, 2005 set-forth a pre-petition arrearage amount owed to Countrywide Home Loans, Inc. in the amount of $17,210.81.

3. Countrywide Home Loans, Inc.'s pre-petition arrears of $17,210.81 were paid by the Chapter 13 Trustee in full.

4. The Debtor's post-petition payments to Countrywide Home Loans, Inc. were to be paid by the Debtor directly "outside" of the plan.

5. The Debtor is currently due for eight mortgage payments for the monthly payments due for April 2010 in the amount of $975.64 and May 2010 through November 2010 in the amount of $890.27 per month for a total default of $7,207.53 as of November 2, 2010.

-2-

WHEREFORE, JP Morgan Chase Bank, National Association, as servicer for Countrywide Home Loans, Inc. prays that the Court declare that the post-petition payments are not current at this time.

>                               JP MORGAN CHASE BANK, National
>                               Association, as servicer for Countrywide
>                               Home Loans, Inc.,
>
>                               By:  /s/ Heather M. Giannino
>                                    One of its attorneys

HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Faiq Mihlar (ARDC #6274089)
Heather M. Giannino (ARDC #6299848)
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719